IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:14CR213 |
| v. | ) | |
| DAVID WELCH, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 18). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to dismiss the indictment without prejudice is granted.

2) The indictment is this matter is dismissed without prejudice as it pertains to the defendant, David Welch.

DATED this 15th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court